UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Luis BILLALA-Garcia,<br><br>Defendant | Magistrate Docket No. '08 MJ 0314<br><br>'08 FEB 03 AM 4:01<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: ___ DEPUTY<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 1, 2008** within the Southern District of California, defendant, **Jose Luis BILLALA-Garcia**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **FEBRUARY 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Jose Luis BILLALA-Garcia

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 1, 2008 at approximately 8:50 P.M., Border Patrol Agent C. Moore, was performing uniformed linewatch duties near an area known to agents as the "STP". This area is approximately one and a half miles west of the San Ysidro, California, Port of Entry and is approximately 250 yards north of the International Boundary Fence. The "STP" is an area used by illegal entrant aliens to further their entry into the United States.

Agent Moore was advised by dispatch via service radio of seismic intrusion device activation. Agent Moore responded to the reported location and searched the area. Agent Moore observed an individual, who was later identified as the defendant **Jose Luis BILLALA-Garcia**, lying in brush. Agent Moore identified himself as a United States Border Patrol Agent and questioned the defendant as to his country of citizenship and nationality. The defendant freely admitted that he is a citizen and national of Mexico and that he did not possess immigration documents permitting him to enter or remain in the United States legally. Agent Moore then arrested the defendant at approximately 9:00 P.M., and subsequently had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on July 28, 1997** through **Otay Mesa, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally. The defendant stated that his destination was Porterville, California.

**Executed on February 3, 2008 at 9:00 A.M.**

Paul W. Broderick, Jr.
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 1, 2008** in violation of Title 8, United States Code, Section 1326.

Ruben B. Brooks
United States Magistrate Judge

2/3/2008 at 9:45 a.m.
Date/Time