**KRIS J. KRAUS**
California Bar No. 233699
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kris_Kraus@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08MJ0314 |
| Plaintiff, | ) |
| v. | ) **NOTICE OF ATTORNEY APPEARANCE** |
| JOSE LUIS BILLALA-GARCIA, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: February 7, 2008           /s/ Kris J. Kraus
                              **KRIS J. KRAUS**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              Kris_Kraus@fd.org

1

**CERTIFICATE OF SERVICE**

2

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3

information and belief, and that  a copy of the foregoing document has been served this day upon:

4

U S Attorneys Office Southern District of California
880 Front Street

5

Room 6293
San Diego, CA 92101

6

(619)557-5610
Fax: (619)557-5917

7

Email: Efile.dkt.gc2@usdoj.gov

8

9

10

DATED:  February 7, 2008

11

*/s/ Kris J. Kraus*                                    
**KRIS J. KRAUS**

12

Federal Defenders of San Diego, Inc.
Kris_Kraus@fd.org

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28